THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v AMBER BAUMAN and CHARLES EDWARD LAFLER, Respondents.

Submitted July 21, 2008; decided August 28, 2008

Motion for assignment of counsel granted only to the extent that Gary Muldoon, Esq., care of Muldoon & Getz, 144 Exchange Boulevard, Suite 402, Rochester, New York 14614 is assigned without fee to represent respondent Charles Edward Lafler on the appeal herein.